# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

| | |
|---|---|
| **CELLULAR SOUTH, INC. d/b/a** ) | |
| **C SPIRE WIRELESS** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 3:13-CV-00308-TSL-JMR** |
| v. ) | |
| ) | |
| ) | |
| **DIGITAS, INC. and** ) | |
| **VNC COMMUNICATIONS, INC.,** ) | |
| **d/b/a PHONEVALLEY** ) | |
| ) | |
| **Defendants.** ) | |

## DEFENDANTS' UNOPPOSED MOTION TO FILE DOCUMENTS UNDER SEAL

**COMES NOW** Defendants Digitas, Inc. ("Digitas") and VNC Communications, Inc., d/b/a Phonevalley ("Phonevalley") (collectively "Defendants"), by and through their undersigned counsel, and submit the following:

1. Plaintiff Cellular South, Inc. d/b/a C Spire Wireless ("C Spire" or "Plaintiff") brought this lawsuit against Defendants in May 2013, alleging state law claims and requesting a declaratory judgment. *See* Docket Entry No. 1.

2. The deadline for Defendants to answer or otherwise plead is on September 3, 2013. *See* August 19, 2013 Text-Order Only. Defendants intend to file a motion to dismiss Plaintiff's Complaint on or before September 3, 2013.

3. It is anticipated that, as an exhibit to the memorandum in support of Defendants' motion to dismiss, Defendants will attach a Media Services Agreement ("MSA") that contains a confidentiality provision. It also is anticipated that the memorandum supporting the motion to dismiss will reference certain provisions from the MSA. Because both the memorandum and

certain exhibits will contain potentially confidential and sensitive information, Defendants request an Order permitting the filing of those documents under seal.

4.  Defendants' counsel has consulted with Plaintiff's counsel and Plaintiff's counsel does not oppose this motion.

For these reasons, Defendants request entry of an Order allowing it to file the memorandum supporting Defendants' motion to dismiss, as well as the MSA included as an exhibit thereto, under seal.

This, the 29th day of August, 2013.

Respectfully submitted,

DIGITAS, INC. and VNC COMMUNICATIONS, INC., d/b/a PHONEVALLEY

By: /s/*Fred L. Banks, Jr.*
  Counsel for Defendants

Fred L. Banks (MSB # 1733)
Phelps Dunbar LLP
4270 I-55 North
P.O. Box 16114 (39236-6114)
Jackson, MS  39211
Telephone:  601-352-2300
Facsimile:  601-360-9777
Email: fred.banks@phelps.com

Michael Dockterman (*pro hac* counsel)
Jeremy Goldkind (*pro hac* counsel)
Edwards Wildman Palmer LLP
225 West Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: 312-201-2000
Facsimile: 312-201-2555
Email: mdockterman@edwardswildman.com

PD.10382083.1

**CERTIFICATE OF SERVICE**

I, FRED L. BANKS, JR., do hereby certify that I have this day filed a copy of the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Charles Louis McBride, Jr.
Katie L. Wallace
Lauren W. Oaks
BRUNINI, GRANTHAM, GROWER &
HEWES, PLLC-Jackson
P.O. Drawer 119
Pinnacle Bldg., Suite 100
190 East Capitol St. (39201)
Jackson, MS 39205-0119
cmcbride@brunini.com
kwallace@brunini.com
loaks@brunini.com

THIS, the 29th day of August, 2013.

/s/ *Fred L. Banks, Jr.*
FRED L. BANKS, JR.