IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**CELLULAR SOUTH, INC. d/b/a C SPIRE WIRELESS**          **PLAINTIFF**

VS.                                                                      CAUSE NO. 3:13-cv-308-TSL-JMR

**DIGITAS, INC.
and VNC COMMUNICATIONS,
INC., d/b/a PHONEVALLEY**                                              **DEFENDANTS**

### JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Cellular South, Inc. d/b/a C Spire Wireless and Defendants Digitas, Inc. and VNC Communications, Inc., d/b/a Phonevalley (collectively, the "Parties"), hereby file this Joint Motion requesting that this Court enter an Order dismissing the above-styled and referenced action with prejudice, with each party to bear its own costs and attorneys' fees. In support of their Joint Motion, the Parties submit the following:

1. Plaintiff initiated the above-styled action by filing a Complaint on May 20, 2013.

2. The Parties have now reached an agreement to settle their differences, and have agreed that the action should be dismissed with prejudice.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court enter an Order dismissing this action with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: October 2, 2013.

Respectfully submitted,

***CELLULAR SOUTH, INC. d/b/a C SPIRE WIRELESS***

By: /s Charles L. McBride, Jr.
    Its Attorney

***DIGITAS, INC. AND VNC COMMUNICATIONS, INC., D/B/A PHONEVALLEY***

By: /s Michael Dockterman
    Their Attorney

## **CERTIFICATE OF SERVICE**

I, Charles L. McBride, Jr., do hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

This, the 2nd day of October, 2013.

/s/ Charles L. McBride, Jr.