# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**CELLULAR SOUTH, INC. d/b/a C SPIRE WIRELESS**                                **PLAINTIFF**

**VS.**                                                    **CAUSE NO.  3:13-cv-308-TSL-JMR**

**DIGITAS, INC.**
**and VNC COMMUNICATIONS,**
**INC., d/b/a PHONEVALLEY**                                                    **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This Cause is before the Court on the joint motion of Plaintiff Cellular South, Inc. d/b/a C Spire Wireless and Defendants Digitas, Inc. and VNC Communications, Inc., d/b/a Phonevalley requesting that the Court enter an order dismissing all claims against the Defendants with prejudice, with each party to bear its own costs and attorneys' fees; and the Court, having considered the Joint Motion, finds that the Joint Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims against the Defendants are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

SO ORDERED AND ADJUDGED, this the 3rd day of October, 2013.


/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:

  /s Charles L. McBride, Jr.
Charles L. McBride, Jr. (MS Bar No. 8995)
Email: cmcbride@brunini.com
Katie L. Wallace (MS Bar No. 101919)
Email:  kwallace@brunini.com
Brunini, Grantham, Grower & Hewes, PLLC
The Pinnacle Building, Suite 100
190 East Capitol Street
Jackson Mississippi  39201
Telephone:   (601) 948-3101
Facsimile:    (601) 960-6902

***ATTORNEYS FOR CELLULAR SOUTH, INC. d/b/a C SPIRE WIRELESS***


   /s Michael Dockterman
Michael Dockterman
Edwards Wildman Palmer LLP
225 West Wacker Drive
Suite 3000
Chicago, Illinois 60606

***ATTORNEY DIGITAS INC. and***
***VNC COMMUNICATIONS, INC. d/b/a PHONEVALLEY***